1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID M. MARIN,                )   1:05-cv-01134-AWI-SMS-HC
                                     )
12            Petitioner,            )   **ORDER ADOPTING FINDINGS AND**
                                     )   **RECOMMENDATIONS** (Doc. 5)
13   v.                              )
                                     )   **ORDER DISMISSING PETITION**
14   UNITED STATES OF AMERICA,       )   **FOR WRIT OF HABEAS CORPUS**
                                     )
15            Respondent.            )   **ORDER DIRECTING CLERK TO**
     _____)   **ENTER JUDGMENT**

16

17        Petitioner is a federal prisoner proceeding pro se with a

18   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

19        On December 15, 2005, the Magistrate Judge filed Findings and

20   Recommendations that the Petition for Writ of Habeas Corpus be

21   DISMISSED, and the Clerk of Court be directed to enter judgment.

22   These Findings and Recommendations were served on all parties and

23   contained notice that any objections were to be filed within thirty

24   (30) days from the date of service of that order.  To date, the

25   parties have not filed timely objections to the Findings and

26   Recommendations.

27   //

28   /

                                    1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Findings and Recommendations are supported

5  by the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed December 15,

8  2005, are ADOPTED IN FULL;

9    2.   The Petition for Writ of Habeas Corpus is DISMISSED; and,

10    3.   The Clerk of Court enter judgment.

11

12 IT IS SO ORDERED.

13 **Dated:    February 14, 2006    **          _____/s/ Anthony W. Ishii_____
   0m8i78                                    UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28